RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/13/06

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 02/13/06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| PRESTON BERNARD obo<br>Lynette A. Bernard Estate<br>CHRISTINE BERNARD obo<br>Lynette A. Bernard Estate<br>DAWN BERNARD obo<br>Lynette A. Bernard Estate | CIVIL ACTION NO. 05-0614<br><br>JUDGE MELANÇON |
| VS. | |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and the objections filed, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision to calculate benefits beginning in 1998 is **AFFIRMED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Bernard's appeal of the Commissioner's decision not to re-open a prior application is **DISMISSED** for lack of subject matter jurisdiction.

Lafayette, Louisiana this 10th day of March , 2006.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 3/13/06
BY
TO